1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant

**FILED**

NOV 19 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-04-40101 WDB |
| Plaintiff, | ) | [PROPOSED] ORDER AND STIPULATION CONTINUING DATE FOR I.D. OF COUNSEL AND SETTING OF REVOCATION FROM NOVEMBER 20, 2007 TO DECEMBER 20, 2007 |
| v. | ) | |
| ANDRES A. WINSLOW, | ) | |
| Defendant. | ) | |

The undersigned parties stipulate as follows:

1. On October 30, 2007, USPO JaDee Voss filed a Probation form 12 as to Andres A. Winslow for issuance of a summons for Mr. Winslow to appear in court before the Honorable Wayne D. Brazil for identification of counsel and setting of revocation proceedings on November 20, 2007 at 10:00 a.m. This Court signed an order to that effect on the same date.

2. Andres Winslow, who was previously represented by AFPD Angela Hansen and who now lives in Wisconsin, contacted undersigned defense counsel to request that the November 20, 2007 date be continued to a date when he will be in the Bay Area, between December 20, 2007 and January 5, 2007.

3. Undersigned counsel has communicated with AUSA Doug Sprague and USPO JaDee Voss,

STIPULATION AND [PROPOSED] ORDER
No. CR 04-40101 WDB

and neither of them objects to a continuance for the purpose requested by the defense.

4. Thus, undersigned defense counsel requests that the matter be continued for identification of counsel and setting of revocation proceedings from November 20, 2007 to December 20, 2007 at 10:00 a.m.

IT IS SO STIPULATED.

DATED: 11/19/07

/s/
DOUG SPRAGUE
Assistant United States Attorney

DATED: 11/19/07

/s/
SHAWN HALBERT
Attorney for Defendant

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signatures (/S/) within this e-filed document.

[~~PROPOSED~~] ORDER

With the agreement of the parties, the Court enters this order continuing the matter for identification of counsel and setting of revocation proceedings from November 20, 2007 to December 20, 2007 at 10:00 a.m.

IT IS SO ORDERED.

DATED: 11-19-07

THE HON. WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. CR 04-40101 WDB                    2